**Order entered February 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-01107-CR

### EX PARTE EDRICK PAUL FULLER

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. WX21-93010-J**

### ORDER

Before the Court is appellant's February 16, 2022 motion to extend the time to file appellant's amended brief. We **GRANT** the motion and **ORDER** appellant to file his amended brief on or before February 25, 2022.

/s/     DENNISE GARCIA
        JUSTICE